IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON,

      Plaintiff,                         No. CIV S-06-0299 DFL DAD P

     vs.

DEPUTY ROWE, et al.,

      Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. In findings and recommendations filed November 17, 2006, the undersigned has recommended that this action be dismissed for failure to state any claim upon which relief may be granted. Plaintiff was advised to file objections stating his desire to amend, in the event that he possesses sufficient information to cure the defects of his complaint "by alleging facts demonstrating that specific defendants took identified actions with the requisite state [of] mind so as to state a cognizable Eighth Amendment claim." (Findings and Recommendations filed Nov. 17, 2006, at 5 n.1.) Plaintiff's objections are before the court.

        Plaintiff asserts that the jail's classification system jeopardizes the safety of individual inmates and the institution by exposing general population inmates to violent inmates who have demonstrated that they should be segregated. Attached to plaintiff's objections is a

proposed amended complaint in which plaintiff identifies two deputies and two sergeants as defendants.  Plaintiff alleges that these defendants violated his Fourth and Eighth Amendment rights on January 3, 2006, when they relocated a dangerous inmate to plaintiff's floor despite the fact that the same inmate had been moved to another floor after he assaulted plaintiff previously.  Plaintiff alleges that he suffered physical injury when the inmate assaulted him a second time shortly after defendants returned the violent inmate to plaintiff's floor.  Plaintiff seeks declaratory relief and damages.

Accepting as true the allegations of the amended complaint, construing the pleading in the light most favorable to the pro se plaintiff, and resolving all doubts in the plaintiff's favor, the undersigned finds that plaintiff's amended complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  See Hospital Bldg. Co. v. Rex Hosp. Trustees, 425 U.S. 738, 740 (1976); Jenkins v. McKeithen, 395 U.S. 411, 421 (1969).   If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  Good cause appearing, the findings and recommendations will be vacated, and the Clerk will be directed to file plaintiff's amended complaint.

Plaintiff's in forma pauperis application makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, plaintiff's request for leave to proceed in forma pauperis will be granted.  Plaintiff is required to pay the statutory filing fee of $250.00[1] for this action.  See 28 U.S.C. §§ 1914(a) & 1915(b)(1).  An initial partial filing fee of $0.62 will be assessed by this order.  See 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated to make monthly payments of twenty percent of the preceding month's income credited to his prison trust account.  These

---

[1] The filing fee is now $350.00.  Plaintiff brought this action on February 13, 2006, prior to the April 9, 2006 effective date of the new amount.

payments will be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the $250.00 filing fee is paid in full.  See 28 U.S.C. § 1915(b)(2).

   Accordingly, IT IS ORDERED that:

   1. This court's November 17, 2006 findings and recommendations are vacated.

   2. Plaintiff's February 13, 2006 application to proceed in forma pauperis is granted.

   3. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. Plaintiff is assessed an initial partial filing fee of $0.62.  All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

   4. The Clerk of the Court is directed to file the amended complaint submitted as an attachment to the objections filed by plaintiff on December 6, 2006; the three-page amended complaint shall be filed with a December 6, 2006 filing date, and the document shall be scanned from the original paper document to ensure correct pagination; the docket shall reflect that the name of this case is amended as shown on this order.

   5. Service of plaintiff's amended complaint is appropriate for the following defendants:  Deputy Rowe, Deputy Frank, Sergeant Ponce, and Sergeant Ramos.

   6. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet, and an endorsed copy of the amended complaint filed December 6, 2006.

   7. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. A completed summons;

        c.  One completed USM-285 form for each defendant listed in number 5 above; and

        d.  Five copies of the endorsed amended complaint filed December 6, 2006.

8.  Plaintiff shall not attempt service of the amended complaint and summons on any defendant or request a waiver of service of summons from any defendant.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the four defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: December 11, 2006.

                                      */s/ Dale A. Drozd*
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:13
jeff0299.1am

4

1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10   DON L. JEFFERSON,
11            Plaintiff,              No. CIV S-06-0299 DFL DAD P
12       vs.
13   DEPUTY ROWE, et al.,              NOTICE OF SUBMISSION
14            Defendants.              OF DOCUMENTS
15   _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18           _____    <u>one</u> completed summons form;
19           _____    <u>four</u> completed USM-285 forms; and
20           _____    <u>five</u> true and exact copies of the endorsed amended complaint filed December 6, 2006.
21   DATED: _____.
22
23
24                                            _____
                                              Plaintiff
25
26