IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON,

      Plaintiff,                         No.  CIV S-06-0299 RRB DAD P

    vs.

DEPUTY ROWE, et al.,

      Defendants.               <u>ORDER</u>

        Pursuant to the court's July 11, 2007 order, each party was required to file and serve a status report addressing nine topics. Plaintiff failed to file a status report or otherwise respond to the court's order. Accordingly, the undersigned issued findings and recommendations, recommending that the action be dismissed. Plaintiff has since filed a deficient status report, addressing only three of the nine specified topics. Plaintiff has also filed objections to the undersigned's findings and recommendations recommending that the action be dismissed. In the interests of justice, the court will vacate its findings and recommendations and grant plaintiff leave to file and serve an amended status report that addresses all nine topics.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. This court's August 21, 2007 findings and recommendations are vacated; and

2. Plaintiff shall file and serve an amended status report within thirty days from the date of service of this order.

DATED: October 4, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jeff0299.40sec