IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON,

    Plaintiff,                         No. CIV S-06-0299 JAM DAD P

    vs.

DEPUTY ROWE, et al.,

    Defendants.                  <u>ORDER</u>

                              /

On August 13, 2007, the Magistrate Judge issued an order denying the appointment of counsel. On October 5, 2007, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of August 13, 2007 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 5, 2007 request for reconsideration is denied.

DATED: August 27, 2008

                                               /s/ John A. Mendez
                                             UNITED STATES DISTRICT JUDGE

/jeff0299.851