IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON,

    Plaintiff,   No. CIV S-06-0299 JAM DAD P

  vs.

DEPUTY ROWE, et al.,

    Defendant.   ORDER

_____/

    Pending before the court is defendants' motion for summary judgment. Defense counsel appears to have inadvertently failed to attach to the motion filed with the court a declaration from defendant Rowe that is referred to in the motion.

    Good cause appearing, IT IS HEREBY ORDERED that within seven days of the date of this order, defense counsel shall file defendant Rowe's declaration.

DATED: June 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jeff0299.decl